*Court filing Record*

*Court:        US District Court Idaho*

*Date:       03/01/2021*

*Case No.:    New*

*Inmate Name:      Marchant, Bruce*

*Inmate No.:       25588*

*Document Title:   Petition for writ of habeas corpus*

*Total Pages 13*

*Inmate Verification of page count signature:_Filed without inmate review___*

*Document _1__ of _4_*

Bruce Allen Marchant 25588
*(full name/prisoner number)*
IMSI P.O Box 51 Boise, IDAHO
83707

*(complete mailing address)*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

Bruce Allen Marchant

Petitioner,

v.

State of IDAHO,

Respondent (Warden).

Case No.
*(to be assigned by Court)*

**PETITION FOR WRIT OF HABEAS CORPUS**
*(§ 2254 - state custody)*

I request that the United States District Court grant my Petition and issue a Writ of Habeas Corpus to Respondent based on the following grounds.

### I. CONVICTION OR SENTENCE BEING CHALLENGED:

1. (a) Name and location of court that entered the judgment of conviction being challenged:
   ADA County.

   (b) Criminal docket or case number (if you know): _____

   (c) Date of the judgment of conviction (if you know): Dec, 2019

   (d) Date of sentencing: Dec, 2019

   (e) Length of sentence: Life...

2. In this case, were you convicted of more than one count or crime? ○ Yes ☒ No

3. Identify all counts/crimes of which you were convicted/sentenced in this case: 1st Degree Murder

Petition for Writ of Habeas Corpus - p. 1                                    *(Rev. 10/24/2011)*

4.     (a) What was your plea? (Check one) ○ Not Guilty  ☒ Guilty  ○ *Alford* Plea or No Contest

5.     If you went to trial, what kind of trial did you have? (Check one) ○ Jury  ☒ Judge only

## II. DIRECT APPEAL

1.     Did you file a direct appeal from the judgment of conviction? ☒ Yes  ○ No

2.     If you did appeal, provide the following:

   (a) Name of court that heard your appeal: __ADA County District Court__

   (b) Docket or case number (if you know): _____

   (c) Result: __Dismissed__

   (d) Date of result (if you know): _____

   (e) Grounds raised: __Inaffective Assistance of Council__

   _____

   (f) If the Idaho Court of Appeals decided your appeal, did you file a petition for review with the Idaho Supreme Court? ○ Yes  ☒ No  ○ Not applicable.   If yes, answer the following:

        (1) Result: _____

        (2) Date of result (if you know): _____

        (3) Grounds raised: _____

   _____

## III. FIRST POST-CONVICTION ACTION

1. If you filed any post-conviction petition, application, or motion concerning this judgment of conviction or sentence in any state court, give the following information:

   (a) Name of court: Ada County District court.

   (b) Date of filing (if you know): _____

   (c) Type of proceeding: Judge

   (d) Grounds raised: Ineffective Assitance of Counsil

2. Did you file an appeal? ○ Yes ☒ No   If you did appeal, answer the following:

   (a) Name of court that heard your appeal: △

   (b) Docket or case number (if you know): _____

   (c) Result: _____

   (d) Date of result (if you know): _____

   (e) Grounds raised: _____

   (f) If the Idaho Court of Appeals decided your appeal, did you file a petition for review with the Idaho Supreme Court? ○ Yes ☒ No ○ Not applicable.   If yes, answer the following:

   (1) Result: _____

   (2) Date of result (if you know): _____

   (3) Grounds raised: _____

## IV. SECOND POST-CONVICTION ACTION

1. If you filed a second post-conviction petition, application, or motion concerning this judgment of conviction in any state court, give the following information:

    (a) Name of court: _____

    (b) Date of filing (if you know): _____

    (c) Type of proceeding: _____

    (d) Grounds raised: _____

    _____

    _____

2. Did you file an appeal? ○ Yes ☒ No If you did appeal, answer the following:

    (a) Name of court that heard your appeal: _____

    (b) Docket or case number (if you know): _____

    (c) Result: _____

    (d) Date of result (if you know): _____

    (e) Grounds raised: _____

    _____

    _____

    (f) If the Idaho Court of Appeals decided your appeal, did you file a petition for review with the Idaho Supreme Court? ○ Yes ☒ No ○ Not applicable. If yes, answer the following:

    (1) Result: _____

    (2) Date of result (if you know): _____

    (3) Grounds raised: _____

    _____

## V. THIRD POST-CONVICTION ACTION

1.  If you filed a third post-conviction petition, application, or motion concerning this judgment of conviction in any state court, give the following information:

    (a) Name of court: _____

    (b) Date of filing (if you know): _____

    (c) Type of proceeding: _____

    (d) Grounds raised: _____

    _____

2.  Did you file an appeal? ◯ Yes ⊗ No  If you did appeal, answer the following:

    (a) Name of court that heard your appeal: _____

    (b) Docket or case number (if you know): _____

    (c) Result: _____

    (d) Date of result (if you know): _____

    (e) Grounds raised: _____

    _____

    (f) If the Idaho Court of Appeals decided your appeal, did you file a petition for review with the Idaho Supreme Court? ◯ Yes ⊗ No ◯ Not applicable.  If yes, answer the following:

    (1) Result: _____

    (2) Date of result (if you know): _____

    (3) Grounds raised: _____

    _____

## VI. CLAIMS FOR WHICH RELIEF IS REQUESTED IN THIS PETITION

For this petition, state every claim for which you allege that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four claims. State the legal basis/federal ground for your claim very briefly. Do not make extensive legal arguments on the petition form, but you may file a legal memorandum or brief either (1) with your

petition or (2) as your reply to the respondent's motion for summary dismissal or answer. Importantly, your petition should include all of the facts that support your claim.

1. **First Claim**

    (a) Legal Basis: __Inaffective Assitiance of Counsil__

    *(State federal ground for your claim by citation or explanation in words.)*

    (b) Supporting Facts: __Paralegal Shedd Shredded or Destroyed My lawsuite.__

    (c) Did you bring this claim before the Idaho Supreme Court? ○ Yes ☒ No

        (1) If you answered yes, state whether you brought the claim on direct appeal or in a post-conviction application, petition, or motion: _____

        (2) If you did not bring this claim before the Idaho Supreme Court, explain why: _____

2. **Second Claim**

   (a) Legal Basis: Charge should have been Involuntary Manslaughter
   *(State federal ground for your claim by citation or explanation in words.)*

   (b) Supporting Facts: Detectives of Boise City promised probation.

   (c) Did you bring this claim before the Idaho Supreme Court? ◯ Yes ☒ No

       (1) If you answered yes, state whether you brought the claim on direct appeal or in a post-conviction application, petition, or motion: _____

       (2) If you did not bring this claim before the Idaho Supreme Court, explain why: _____

3. **Third Claim**

(a) Legal Basis: <u>Boise city Detectives Told me A lie.</u>
*(State federal ground for your claim by citation or explanation in words.)*

(b) Supporting Facts: <u>ON tape and on camera they told me if I confess that I could get probation.</u>

(c) Did you bring this claim before the Idaho Supreme Court? ○ Yes  ☒ No

    (1) If you answered yes, state whether you brought the claim on direct appeal or in a post-conviction application, petition, or motion: _____

    (2) If you did not bring this claim before the Idaho Supreme Court, explain why: _____

4. **Fourth Claim**

   (a) Legal Basis: _____
   *(State federal ground for your claim by citation or explanation in words.)*

   (b) Supporting Facts: _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   _____

   (c) Did you bring this claim before the Idaho Supreme Court? ◯ Yes  ◯ No

       (1) If you answered yes, state whether you brought the claim on direct appeal or in a post-conviction application, petition, or motion: _____

   _____

       (2) If you did not bring this claim before the Idaho Supreme Court, explain why:

   _____

   _____

## VI. OTHER FEDERAL COURT ACTIONS RELATED TO CONVICTION OR SENTENCE

If you have previously filed any type of petition, application, or motion in federal court regarding the conviction or sentence, state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result. Attach a copy of the decision if possible.

_____

_____

## VII. PENDING COURT ACTIONS RELATED TO CONVICTION OR SENTENCE

If you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging, state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, and the current status.

_____

_____

_____

## VIII. REQUEST FOR APPOINTMENT OF COUNSEL

I ○ do ⊗ do not request the appointment of counsel. I believe counsel is necessary to assist me for the following reasons: _____

_____

## IX. PRAYER FOR RELIEF

Petitioner asks that the Court grant the following relief: **Change Sentence to Involuntary Manslaughter**, and any other relief as justice so requires.

I declare (or verify) under penalty of perjury that the foregoing is true and correct, and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on **2-27-21**.
*(month, date, year)*

Executed (signed) on **2-27-21**
*(month, date, year)*

**Bruce A. Marchant**
*(signature of petitioner)*

# IDAHO DEPARTMENT OF CORRECTION
## Grievance/Appeal Form

**☑ Grievance**
Inmate's Name: MARCHANT   IDOC Number: 25588
Institution, Housing Unit, & Cell: IMSP Ac-12A   Date: 2-19-21

### For Administrative Use
Facility: _____   Grievance Number: _____
Date Collected: _____   Grievance Category: _____
Date Forwarded to Inmate's Previous Facility: _____
Name of Previous Facility: _____
Date Forwarded to Responder: _____
Level 1 Responder's Name: _____   Date Due: _____ Received: _____
Level 2 Responder's Name: _____   Date Due: _____ Received: _____
Final Grievance Decision: _____   Date Sent to Inmate: _____

### Inmate Section
The problem is: I am suing MR Shedd for destroying or shredding a lawsuit on my case. This happened or alledged MR SHEDD destroyed shredded the lawsuit on my case

I have tried to solve this problem informally by: Sent in a concern form.

I suggest the following solution for the problem: TO complete this form

Inmate's signature: Marchant

☐ Appeal   Date: _____

I am appealing the grievance for the following reason(s):

Inmate's signature: _____

Appendix B
316.02.01.001
(Updated 6/4/18)

# IDAHO DEPARTMENT OF CORRECTION
## Grievance Transmittal Form

Facility: **IMSI**                                           Date: 02/22/21

**To:** Inmate Name: Marchant                               IDOC Number: 25588

Institution, Housing Unit, & Cell: **IMSI C1 – 12a**

**From:** **T. Young**                                      ■ Grievance Coordinator   ☐ Other

The attached form is being returned without action being taken because:

☐ You did not submit the grievance within 30 days of the incident.

☐ You did not submit the appeal within 14 days of the review authority's decision.

☐ The form is not handwritten (it cannot be typed).

☐ The form is not legible.

☐ You did not include with the grievance an answered or signed *Inmate Concern Form(s)* that shows your attempts to resolve the issue informally with applicable staff.

☐ You have three (3) open/active grievances (including appeals) in the system, which is the maximum number you are allowed.

☐ You have raised more than one specific issue.

■ The grievance does not contain a reasonable and clear description of the problem.

☐ The grievance does not describe how you tried to resolve the issue informally.

■ The grievance does not contain specific information such as <u>dates</u>, places, and names.

☐ Your description of the problem is not written in or within the appropriate area on the form. (Written comments must not exceed the space designated for writing comments.)

☐ The grievance is not written in a civil, concise, or understandable language; or it is not to the point. (Grievances cannot contain vague issues/complaints, personal attacks, or harass staff members.)

☐ You did not suggest a solution.

☐ You did not sign the form.

☐ You cannot submit your appeal until the grievance decision is rendered.

☐ The issue was previously grieved under grievance number:_____.

☐ The issue/complaint is not grievable as indicated in standard operating procedure 316.02.01.001, *Grievance and Informal Resolution Procedures for Inmates*, and must be addressed as follows: _____

☐ You cannot grieve the length of your sentence or a decision that is under the jurisdiction of the court or Idaho Commission of Pardons and Parole.

☐ This problem is beyond the Idaho Department of Correction's (IDOC's) control.

☐ Other (must be approved by the review or appellate authority): _____

Appendix D
316.02.01.001
(Appendix last updated 6/04/18)

# IDAHO DEPARTMENT OF CORRECTION
## Grievance Transmittal Form

Facility: __IMSI__                                        Date: __02/25/21__

**To:** Inmate Name: __Marchant__                         IDOC Number: __25588__

Institution, Housing Unit, & Cell: __IMSI C1 – 12a__

**From:** __T. Young__                                    ■ Grievance Coordinator   ☐ Other

The attached form is being returned without action being taken because:

■ You did not submit the grievance within 30 days of the incident. — *Issue began in 2019.*

☐ You did not submit the appeal within 14 days of the review authority's decision.

☐ The form is not handwritten (it cannot be typed).

☐ The form is not legible.

☐ You did not include with the grievance an answered or signed *Inmate Concern Form(s)* that shows your attempts to resolve the issue informally with applicable staff.

☐ You have three (3) open/active grievances (including appeals) in the system, which is the maximum number you are allowed.

☐ You have raised more than one specific issue.

☐ The grievance does not contain a reasonable and clear description of the problem.

☐ The grievance does not describe how you tried to resolve the issue informally.

☐ The grievance does not contain specific information such as dates, places, and names.

☐ Your description of the problem is not written in or within the appropriate area on the form. (Written comments must not exceed the space designated for writing comments.)

☐ The grievance is not written in a civil, concise, or understandable language; or it is not to the point. (Grievances cannot contain vague issues/complaints, personal attacks, or harass staff members.)

☐ You did not suggest a solution.

☐ You did not sign the form.

☐ You cannot submit your appeal until the grievance decision is rendered.

☐ The issue was previously grieved under grievance number:_____.

☐ The issue/complaint is not grievable as indicated in standard operating procedure 316.02.01.001, *Grievance and Informal Resolution Procedures for Inmates*, and must be addressed as follows: _____

_____

☐ You cannot grieve the length of your sentence or a decision that is under the jurisdiction of the court or Idaho Commission of Pardons and Parole.

☐ This problem is beyond the Idaho Department of Correction's (IDOC's) control.

☐ Other (must be approved by the review or appellate authority): _____

Appendix D
316.02.01.001
(Appendix last updated 6/04/18)